# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WALLACH, EVAN J. | U.S. COURT OF INTERNAT, TRADE | 05/15/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| CIRCUIT JUDGE | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2011 <br> to <br> 12/31/2011 |

**7. Chambers or Office Address**

U.S. COURT OF INTERNAT, TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | PARTNER | WWH PARTNERSHIP (INVESTMENT PARTNERSHIP) |
| 2. | MEMBERSHIP | SPEEDWAY STONE ASSOCIATES, LLC (INVESTMENT) |
| 3. | BOARD OF ADVISORS | INTERNATIONAL HUMANITARIAN LAW CLINIC AT EMORY LAW SCHOOL |
| 4. | MEMBER | AMERICAN LAW INSTITUTE |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | BROOKLYN LAW SCHOOL - TEACHING | $8,200.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | US DEPARTMENT OF EDUCATION - DEPUTY ASSISTANT SECRETARY OF EDUCATION |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | GEORGETOWN UNIVERSITY LAW | MARCH 3, 2011 | WASHINGTON, DC | EDUCATIONAL SEMINAR | TRANSPORTATION, LODGING, & MEALS |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALLACH, EVAN J. | 05/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALLACH, EVAN J. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CITIBANK CASH | A | Interest | J | T | | | | | |
| 2. CITIBANK CASH | A | Interest | N | T | | | | | |
| 3. GENERAL ELECTRIC | A | Dividend | | | Sold | 02/01/11 | J | C | |
| 4. CHASE BANK HOUSEHOLD ESCROW ACCOUNT | A | Interest | J | T | | | | | |
| 5. CHARLES SCHWAB CASH | A | Int./Div. | L | T | | | | | |
| 6. FIDELITY CONTRAFOUND (IRA) | B | Dividend | L | T | | | | | |
| 7. FIDELITY MAGELLAN (IRA) | C | Dividend | L | T | | | | | |
| 8. FIDELITY PURITAN (IRA) | B | Dividend | L | T | | | | | |
| 9. TIAA-TRADITIONAL | B | Interest | K | T | | | | | |
| 10. TIAA-CREF STOCK | D | Dividend | L | T | | | | | |
| 11. TIAA-GROWTH STOCK | A | Dividend | J | T | | | | | |
| 12. TIAA-GLOBAL EQUITIES | C | Dividend | K | T | | | | | |
| 13. TIAA-SOC CH | C | Dividend | L | T | | | | | |
| 14. ADDISON AVE-FEDERAL CREDIT UNION | A | Dividend | J | T | | | | | |
| 15. FIDELITY ADVISOR SER 1 EQUITY GROWTH (IRA) | A | Dividend | L | T | | | | | |
| 16. FIDELITY ADVISOR EQUITY PORT INCOME (IRA) | A | Dividend | K | T | | | | | |
| 17. FRANKLIN STRATEGIC BIOTECHINOLOGY (IRA) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALLACH, EVAN J. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  GROWTH FUND AMERICA (IRA) | A | Dividend | K | T | | | | | |
| 19.  SELIGMAN COMMUNICATIONS & INFORMATION FUND (IRA) | A | Dividend | K | T | | | | | |
| 20.  ALCATEL-LUCENT CORP COMMONSTOCK (IRA) | A | Dividend | | | Sold | 12/30/11 | J | A | |
| 21.  GENERAL ELECTRIC CO (IRA) | B | Dividend | K | T | | | | | |
| 22.  LSI CORP (IRA) | A | Dividend | | | Sold | 12/30/11 | J | A | |
| 23.  MICROSOFT COPR (IRA) | A | Dividend | | | Sold | 12/30/11 | K | D | |
| 24.  MVC CAPITAL (IRA) | B | Dividend | K | T | | | | | |
| 25.  PFIZER INCORPORATED (IRA) | A | Dividend | | | Sold | 04/28/11 | J | B | |
| 26.  WELLS FARGO CASH (IRA) | A | Interest | K | T | | | | | |
| 27.  WELLS FARGO -FIRST CLEARING, LLC | E | Distribution | | | Distributed | 03/07/11 | K | | |
| 28.  1 PARCEL REAL PROPERTY TUCSON, AZ (1/3) INTEREST | A | Rent | K | W | | | | | |
| 29.  1 PARCEL REAL PROPERTY TUCSON, AZ (1/3) INTEREST | A | Rent | M | W | | | | | |
| 30.  UBS FINANCIAL(IRA) | A | Distribution | | | Distributed | 08/19/11 | K | | |
| 31. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALLACH, EVAN J. | 05/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| WALLACH, EVAN J. | 05/15/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ EVAN J. WALLACH**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544